IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| LM Insurance Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22 C 50385 |
| | ) | |
| vs. | ) | |
| | ) | |
| Joaquin Gonzalez, | ) | Judge Philip G. Reinhard |
| | ) | |
| Defendant. | ) | |

**ORDER**

    On September 7, 2023, Magistrate Judge Jensen entered a report and recommendation ("R & R") [31] that default judgment be entered in favor of plaintiff and against defendant in the sum of $457,045. No objection has been filed to the R & R. The court has reviewed the record and the R & R. The court accepts the R & R. Judgment is entered in favor of plaintiff and against defendant in the sum of $457,045. Case closed.

Date: 9/27/2023                                              ENTER:

                                                                      *Philip G. Reinhard*
                                                         United States District Court Judge

                                                                                    Electronic Notices.